**Peter J. Kane, Appellee, v. W. M. Hoyt Company, Appellant.**

**Gen. No. 17,901.    (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. DEAN FRANKLIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Reversed and remanded. Opinion filed October 14, 1913.

### Statement of the Case.

Action by Peter J. Kane against W. M. Hoyt Company, a corporation, for damages for personal injuries. From a judgment for plaintiff for two thousand eight hundred and fifty dollars, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; EDWARD W. EVERETT, of counsel.

JOHN A. BLOOMINGSTON, for appellee.

MR. JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 164*—*where master is not negligent.* Where a plaintiff was injured by the fall of a freight elevator which he was operating, due to the breaking of a pinion, *held* that a verdict for such plaintiff was against the manifest weight of evidence, since it did not appear that the defendant was negligent in inspecting such elevator, or that an old break in such pinion, if it existed, could have been discovered by careful inspection.

2. TRIAL, § 40*—*when jurors may examine injured person.* Where a person injured suffered from a comminuted fracture of the kneecap, and the character and extent of such injury was a subject for expert testimony, it was error to permit some of the jurors to examine such injury to determine its extent.